# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-30634

---

Molly Smith, *individually and on behalf of all others similarly situated, real party in interest Alex A.*; Kenione Rogers, *individually and on behalf of all others similarly situated, real party in interest, Brian B., real party in interest, Charles C.*,

*Plaintiffs—Appellees*,

*versus*

John Bel Edwards, Governor; in his official capacity as Governor of Louisiana; William Sommers, *in his official capacity as Deputy Secretary of the Office of Juvenile Justice*; James M. LeBlanc, *in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-573

---

## UNPUBLISHED ORDER

Before Elrod, Haynes, and Douglas, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' opposed motion for a temporary administrative stay of the preliminary injunction pending appeal is

No. 23-30634

GRANTED, until further order of the Court, to allow sufficient time to consider the emergency stay motion.

    IT IS FURTHER ORDERED that Appellees be directed to file a response to the emergency stay motion no later than Friday, September 15, 2023, at noon.