

September 15, 2023

**VIA CM/ECF ONLY**
Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

      RE:    *Edwards et. al v. Alex A.*, No. 23-30634

Dear Mr. Cayce,

On September 13, 2023, Defendants-Appellants filed in this Court their Opposed Emergency Motion to Stay Preliminary Injunction Pending Appeal (Doc. No. 5-1). On September 13, 2023, the Court entered an administrative stay of the Preliminary Injunction.

We write to inform the Court that, notwithstanding the current administrative stay, all Youth being housed in the Bridge City Center for Youth at West Feliciana (the facility that is the subject of the Preliminary Injunction) have now been relocated to the Jackson Parish Juvenile Facility in Jonesboro, Louisiana until further notice.

                                              Sincerely,

                                              Lemuel E. Montgomery, III

                                              BUTLER SNOW LLP

cc: All counsel of record (via CM/ECF)

82541988.v1

**LEM E. MONTGOMERY III**
*Attorney*
601.985.4410
lem.montgomery@butlersnow.com

Post Office Box 6010
Ridgeland, MS 39158-6010

Suite 1400
1020 Highland Colony Parkway
Ridgeland, Mississippi 39157

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

BUTLER SNOW LLP