# United States Court of Appeals for the Fifth Circuit

_____

No. 23-30634
_____

Molly Smith, *individually and on behalf of all others similarly situated, real party in interest Alex A.*; Kenione Rogers, *individually and on behalf of all others similarly situated, real party in interest, Brian B., real party in interest, Charles C.*,

*Plaintiffs—Appellees*,

*versus*

John Bel Edwards, Governor; in his official capacity as Governor of Louisiana; William Sommers, *in his official capacity as Deputy Secretary of the Office of Juvenile Justice*; James M. LeBlanc, *in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-573

_____

#### UNPUBLISHED ORDER

Before Elrod, Haynes, and Douglas, *Circuit Judges*.

Per Curiam:

Before us are a trident of motions. First, Appellees move to lift the administrative stay of the preliminary injunction pending appeal. Second,

Appellees seek to strike portions of the Appellants' motion for stay of the preliminary injunction pending appeal, as well as certain attachments filed in support of that motion. Third, Appellees request leave to supplement their Opposition to Appellants' motion for a stay to brief the Court on the implications of Appellants' actions on their pending arguments before the Court. *See* ECF 37.

The first two motions shall be CARRIED WITH Appellants' motion for a stay pending appeal. The third motion—for leave to submit supplemental briefing—is GRANTED. Appellees shall file their supplemental brief by Wednesday, September 20, 2023, at noon. Appellants are also ORDERED to file a reply to Appellees' supplemental brief by Friday, September 22, 2023, at noon.